# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__  DATE: __11/3/23__

DOCKET NUMBER: __23CR433(EK)__  LOG#: __2:36 - 3:38__

DEFENDANT'S NAME: __Thomas Smith__
✓ Present ___ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL: __Jeff Dahlberg__
✓ Federal Defender ___ CJA ___ Retained

A.U.S.A: __Matthew Galeotti, Drew Rolle, + John Enright__  CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ✓ Defendant's first appearance.

✓ Bond set at __$500,000__. Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

__3__ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __11/3/23__ Stop __12/6/23__

✓ Rule 5f warnings given to the govt. ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for __12/6/23__ @ __12:00__ before Judge __Komitee__

Other Rulings: __Dfse counsel + gov't agree on a bond with 3 sureties. Gov't argued for a $1 million bond. Court set bond @ $500,000.__