AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23 Cr. 433 (EK) |
| Thomas Smith | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Smith.

Date: 12/18/2023

/s/ Kathryn Wozencroft
*Attorney's signature*

Kathryn Wozencroft
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201

*Address*

kathryn_wozencroft@fd.org
*E-mail address*

(718) 330-1207
*Telephone number*

(718) 855-0760
*FAX number*