**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Eastern District of New York*
Michelle A. Gelernt
*Interim Attorney-in-Charge*

December 28, 2023

By ECF and Electronic Mail
The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Karony et al.*, 23-cr-433 (EK)

Dear Judge Komitee:

    I write to respectfully request that Thomas Smith be permitted to travel out of state for a work-related training to Evans, Georgia from January 7, 2024 through January 13, 2024. He will provide the precise location of the training and the hotel to Pre-trial Services in advance. Pre-trial Services and the government consent to this request.

    Thank you for your consideration of this matter.

Respectfully Submitted,
/s/
Kathryn Wozencroft
Counsel to Thomas Smith
Federal Defenders of New York Inc.

cc: AUSA Drew Rolle
    AUSA John Enright
    AUSA Matthew Galeotti
    USPO Matthew Farwell